UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JASON C. MOULTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-151-B-W |
| | ) | |
| MAINE STATE PRISON, et al., | ) | |
| | ) | |
| Defendants. | | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 29, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendants' Motion for Summary Judgment (Docket No. 15) be and hereby is GRANTED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of January, 2006